UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00673-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| DIANNE M. CARTER, ) | |
| Individually and Doing Business as Carter ) | |
| Sensible Tax Service ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Order Authorizing all Necessary Actions to Execute Bench Warrant against Defendant (Doc. No. 29). Plaintiff alleges that the United States Marshals Service has been unable to procure Defendant's voluntary surrender pursuant to the bench warrant issued in this case for Defendant's failure to attend the Show Cause hearing held on January 5, 2018. For the reasons stated in the United States' motion (Doc. No. 29), the motion is GRANTED.

It is further ORDERED that, pursuant to the Bench Warrant (Doc. No. 28) issued in this action on January 5, 2018, the United States Marshals Service is authorized and directed to take all reasonable actions, including but not limited to the use of reasonable force, necessary to execute the bench warrant and procure Defendant's attendance before the Court.

IT IS SO ORDERED.

Signed: January 24, 2018

_____
Frank D. Whitney
Chief United States District Judge