UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00673-FDW-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIANNE M. CARTER | ) | ORDER RE CIVIL CONTEMPT |
| Individually And Doing Business As | ) | |
| Carter Sensible Tax Service | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court following the February 26, 2018 hearing at which Defendant Dianne Carter was directed to appear and show cause why she should not be held in contempt for violating the Court's Order of Permanent Injunction entered on October 2, 2017. (Doc. 16). Based upon the United States' motion, and the testimony and other statements of the Defendant at the February 26, 2018, hearing IT IS HEREBY ORDERED THAT:

1. Defendant Dianne Carter shall be transported from Mecklenburg County jail at or around 1:00 p.m., on February 27, 2018, by the United States Marshals Service to her home located at 1201 Gifford Drive, Matthews, North Carolina 28105 for the limited purpose of collecting all documents, electronic or otherwise, necessary to compile and provide to counsel for the United States a complete list of the persons, to the extent such a list is within possession, custody, or control of Carter, for whom Carter has prepared or assisted in preparing any federal income tax return, amended return, or refund claim at any time from January 1, 2010, through the present, with such list to include for each person the name, address, phone number, email address, social security number, employer identification number, or individual tax identification number, and the

tax period(s) to which or for which each such return, amended return, or refund claim relates.

2. A representative(s) of the Internal Revenue Service shall be authorized to accompany Defendant and the United States Marshals Service to Defendant's home for the purpose of witnessing and observing her collection of documents and records necessary to comply with the Court's injunction.

3. While Defendant is at her home, she shall remain in the custody of the United States Marshals Service, which shall remain on premises to provide security while she gathers the necessary documents to comply with the Court's injunction.

4. After Defendant has confirmed that she has gathered the necessary documents, the United States Marshals Service shall transport her to Internal Revenue Service offices located at 10715 David Taylor Drive, Charlotte, North Carolina 28262 where she will prepare the list referenced in paragraph 1.

5. Once she has completed the list set forth in paragraph 1, she shall provide it to an appropriate representative of the Internal Revenue Service to provide to counsel for the United States.

6. Upon the completion of the tasks set forth in paragraph 5, the United States Marshal's Service shall transport Defendant to Mecklenburg County Jail to be processed, and released from custody.

7. A copy of this Order shall be immediately served on the United States Marshal's Service.

IT IS SO ORDERED.

Signed: February 27, 2018

Frank D. Whitney
Chief United States District Judge

2